WILLIAM H. FREDENBURGH et al., Appellants, *v.* SILAS SAXTON, Sheriff, etc., Respondent.

(Argued September 24, 1879; decided October 7, 1879.)

DISPOSED of on the facts in the case.

*J. Newton Fiero* for appellants.

*Wm. S. Kenyon* for respondent.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.